AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

United States of America
v.

GURPINDER SINGH

*Defendant*

Case No. 1:26-cr-33-001-AW-MAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* GURPINDER SINGH,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD
CONSPIRACY TO COMMIT MONEY LAUNDERING

Date: 08/19/2026

*Issuing officer's signature*

City and state: Gainesville, Florida

TiAnn Stark, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 8-26-26, and the person was arrested on *(date)* 8-26-26
at *(city and state)* Gainesville, Fl.

Date: 8-26-26

*Arresting officer's signature*

Marshall Andrews
*Printed name and title*

FILED USDC FLND GV
AUG 26 '26 PM3:21

REC'D-USMS-GNV, FL
AUG 13 '26 PM3:42