UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 1:26-cr-33-AW-MAL

GURPINDER SINGH,

Defendant.
_______________________________/

**ORDER OF DETENTION PENDING TRIAL**

Defendant Gurpinder Singh came before the Court today for an initial appearance. The Government moved for pretrial detention.

Pretrial detention is authorized because Defendant presents a serious risk of flight. 18 U.S.C. § 3142(f)(2)(A). Defendant elected to waive a detention hearing at this time, without prejudice to his opportunity to request a detention hearing after consultation with private counsel.

Based on the foregoing, the Government's motion for pretrial detention is GRANTED, and it is ORDERED:

> Pending trial, Defendant is committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court

of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED on this 26th day of August, 2026.

s/ *Midori Lowry*
Midori Lowry
United States Magistrate Judge